[No. 42302-2-II.   Division Two.   June 19, 2013.]

ANTHONY R. GORDON, *Appellant*, v. THE CITY OF TACOMA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-06865-9, Susan Serko, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42310-3-II.   Division Two.   June 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRT D. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00608-9, Paula Casey, J., entered June 27, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42347-2-II.   Division Two.   June 19, 2013.]

RICHARD KUNTZ ET AL., *Appellants*, v. JP MORGAN CHASE BANK, NA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-07211-3, Kathryn J. Nelson, J., entered June 10, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42357-0-II.   Division Two.   June 19, 2013.]

ELIU E. SANTOS, *Appellant*, v. UNITED PARCEL SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-06973-1, Katherine M. Stolz, J., entered June 15, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.